

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

```
JPL                              271 Cadman Plaza East
F.# 2004R00795                   Brooklyn, New York  11201
```

February 28, 2012

<u>By ECF and Mail</u>

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Harvey Howell
     <u>Criminal Docket No. 04-380 (SJ)</u>

Dear Judge Johnson:

  By motion filed on January 9, 2012, the defendant moved, <u>pro se</u>, for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant based his motion on the recent amendments to the sentencing guidelines for certain crack cocaine offenses. The government respectfully submits this letter to request a brief adjournment until March 5, 2012 to file its response to the defendant's motion.[1] This is the government's first request for an adjournment. The additional time will allow the government to obtain a copy of the sentencing transcript, which is necessary to provide the Court with a complete response

---

 [1]  By Order to Show Cause, the Court directed the government to respond to the defendant's motion by February 24, 2012. The government apologizes for failing to file this adjournment request prior to that date.

to the defendant's motion. Should the Court grant the government's request, a corresponding adjournment would make the defendant's reply, if any, due on March 26, 2012.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                United States Attorney

                       By:   /s/
                              James P. Loonam
                              Assistant U.S. Attorney
                              (718) 254-7520

cc:  Harvey Howell (by Mail)
    Clerk of Court (SJ) (by ECF)